24-50671

Certificate Number: 00301-CAN-DE-037793561

Bankruptcy Case Number: 23-50736


00301-CAN-DE-037793561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2023, at 2:40 o'clock PM EDT, OSETONJI A WUSU completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.



Date: September 25, 2023        By: /s/Rose Poley

                                Name: Rose Poley

                                Title: Certified Bankruptcy Counselor